NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE BNY CONVERGEX GROUP, LLC AND
BNY CONVERGEX EXECUTION SOLUTIONS, LLC,**
*Petitioners.*

---

Miscellaneous Docket No. 961

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0326, 10-CV-0248, and 10-CV-0426, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Realtime Data, LLC moves for a 14-day extension of time, until October 29, 2010, to respond to BNY ConvergEx Group, LLC et al.'s petition for writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

**OCT 0 7 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: John C. O'Quinn, Esq.
Dirk D. Thomas, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 7 2010

JAN HORBALY
CLERK